IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 09- 107-UNA |
| | ) |
| LEONARD W. DANIELS, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

## COUNT I

On or about October 17, 2003, in the Eastern District of Pennsylvania, Leonard W. Daniels, defendant herein, did willfully make and subscribe an individual federal tax return, Form 1040, for the calendar year 2002, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form 1040 he did not believe to be true and correct as to every material matter in that the said Form 1040 stated that his taxable income was $12,012.00, whereas, as he then and there well knew and believed, his taxable income was substantially higher, to wit, about $56,408.00, in violation of Title 26, United States Code, Section 7206(1).

## COUNT II

On or about March 16, 2005, in the Eastern District of Pennsylvania, Leonard W. Daniels, defendant herein, did willfully make and subscribe an individual federal tax return, Form 1040, for the calendar year 2003, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form 1040 he did

not believe to be true and correct as to every material matter in that the said Form 1040 stated that his taxable income was $42,359.00, whereas, as he then and there well knew and believed, his taxable income was substantially higher, to wit, about $80,143.00, in violation of Title 26, United States Code, Section 7206(1).

## COUNT III

On or about April 17, 2007, in the Eastern District of Pennsylvania, Leonard W. Daniels, defendant herein, did willfully make and subscribe an individual federal tax return, Form 1040, for the calendar year 2004, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form 1040 he did not believe to be true and correct as to every material matter in that the said Form 1040 stated that his taxable income was $53,616.00, whereas, as he then and there well knew and believed, his taxable income was substantially higher, to wit, about $92,827.00, in violation of Title 26, United States Code, Section 7206(1).

## COUNT IV

During the calendar year 2005, in the Eastern District of Pennsylvania, Leonard W. Daniels had and received taxable income in the sum of $85,012.00. Upon that taxable income, there was owing to the United States of America an income tax of $9,960.00. Well knowing and believing the foregoing facts, Defendant Leonard W. Daniels, on or about October 15, 2006, in the Eastern District of Pennsylvania, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year 2005 by failing to make an income tax return on or before October 15, 2006, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service the income tax, and by

concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, in violation of Title 26, United States Code, Section 7201.

## COUNT V

During the calendar year 2007, in the Eastern District of Pennsylvania, Defendant Leonard W. Daniels had and received gross income. By reason of such gross income, he was required by law, following the close of the calendar year 2007 and on or before October 15, 2008, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about October 15, 2008, in the Eastern District of Pennsylvania and elsewhere, to make an income tax return.

All In violation of Title 26, United States Code, Section 7203.

DAVID C. WEISS
Acting United States Attorney

By: _Robert F. Kravetz_
Robert F. Kravetz
Assistant United States Attorney

Dated: November 2, 2009

3